**Jin RIE, an individual d.b.a. East West Institute, Plaintiff—Appellant,**

v.

**Alan L. ROSEN, an individual; et al., Defendants—Appellees.**

No. 07–55342.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 19, 2007.

Jin Rie, Los Angeles, CA, pro se.

Alan L. Rosen, Esq., Rosen & Loeb, Sherman Oaks, CA, for Defendants–Appellees.

Before: McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

MEMORANDUM **

A review of appellant's response to the court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

